IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ERIC JASON FIORENTINO, JR.**                                                **PETITIONER**

**v.**                                                **CIVIL ACTION NO. 1:23-cv-125-TBM-RPM**

**TYRONE NELSON**                                                        **RESPONDENT**

## **FINAL JUDGMENT**

This matter is before the Court on the submission of the Report and Recommendation [12] entered by United States Magistrate Judge Robert P. Myers, Jr. on July 3, 2024. The Court, having entered a separate order this same day, finds that this matter should be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus [1] is DISMISSED WITHOUT PREJUDICE for failure to exhaust state remedies. This CASE is CLOSED.

THIS, the 24th day of September, 2024.

                                                                    _____
                                                                    TAYLOR B. McNEEL
                                                                    UNITED STATES DISTRICT JUDGE